

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2023

No. 04-23-00886-CV

**IN THE INTEREST OF L.C.G.**, a Child

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-13767
Honorable Cathleen M. Stryker, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, the appeal is DISMISSED FOR WANT OF JURISDICTION. Costs of court for this appeal are taxed against Appellant.

It is so **ORDERED** on December 6, 2023.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2023.

_____
Michael A. Cruz, Clerk of Court